**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__  District of __New York__
                            (State)

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                            12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*
   ☐ Chapter 7
   ☒ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   Kirwan Offices S.à r.l.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   N/A

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   __ __ – __ __ __ __ __ __ __
   EIN

5. **Debtor's address**

   | **Principal place of business** | **Mailing address, if different** |
   |---|---|
   | 11/13    Boulevard de la Foire | |
   | Number    Street | Number    Street |
   | L-1528, Luxembourg | |
   | | P.O. Box |
   | City    State    ZIP Code | City    State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | | Retainers of $250,000 |
   | County | Number    Street |
   | | New York    NY |
   | | City    State    ZIP Code |

Debtor    Kirwan Offices S.à r.l._____    Case number (*if known*)_____
           Name

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | N/A_____ |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| **8.** | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No |
| | | ☐ Yes. Debtor _____ Relationship _____ |
| | |      District _____ Date filed _____ Case number, if known_____ |
| | |                                                      MM / DD / YYYY |
| | |      Debtor _____ Relationship _____ |
| | |      District _____ Date filed _____ Case number, if known_____ |
| | |                                                         MM / DD / YYYY |

### Part 3:  Report About the Case

| | | |
|---|---|---|
| **10.** | **Venue** | *Check one:* |
| | | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **11.** | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor  Kirwan Offices S.à r.l.
Name

Case number (*if known*)

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Mascini Holdings Limited | unsecured loan | € 24,894,359.53 and $ 168,194,481.00 |
| Lapidem Limited | unsecured loan | € 16,596,239.69 and $ 112,131,987.33 |
| | | $ |
| | Total of petitioners' claims | € 41,490,599.22 and $ 280,326,468.33 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Mascini Holdings Limited
Name

2-4 Arch. Makarios III Avenue, Capital Center, 9th Floor
Number    Street

Nicosia         Cyprus         1065
City            State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

Emile du Toit
Name

Dubai International Finance Center, Gate Village, Building 4, Level 4, Suite 402
Number    Street

Dubai           UAE
City            State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/15/2016
             MM / DD / YYYY

✗ /s/ Emile du Toit
Signature of petitioner or representative, including representative's title

**Attorneys**

Jay M. Goffman
Printed name

Skadden, Arps, Slate, Meagher & Flom LLP
Firm name, if any

4 Times Square
Number    Street

New York        NY             10036
City            State          ZIP Code

Contact phone  212-735-3000   Email jay.goffman@skadden.com

Bar number     1911239

State          NY

✗ /s/ Jay M. Goffman
Signature of attorney

Date signed    03/15/2016
               MM / DD / YYYY

Official Form 205                Involuntary Petition Against a Non-Individual                page 3

Debtor    Kirwan Offices S.à.r.l.                                   Case number (*if known*)_____
          Name

**Name and mailing address of petitioner**

Lapidem Limited, c/o Intertrust Corporate Services (Cayman) Limited
Name

190 Elgin Avenue, George Town
Number    Street

Grand Cayman                    Cayman Islands    KY1-9005
City                            State             ZIP Code

**Name and mailing address of petitioner's representative, if any**

Jeffrey Johnson
Name

300 Park Avenue, 16th Floor
Number    Street

New York                        NY                10022
City                            State             ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/15/2016
              MM / DD / YYYY

✘ /s/ Jeffrey Johnson
Signature of petitioner or representative, including representative's title

Jay M. Goffman
Printed name

Skadden, Arps, Slate, Meagher & Flom LLP
Firm name, if any

4 Times Square
Number    Street

New York                    NY            10036
City                        State         ZIP Code

Contact phone   212-735-3000    Email  jay.goffman@skadden.com

Bar number      1911239

State           NY

✘ /s/ Jay M. Goffman
Signature of attorney

Date signed    03/15/2016
               MM / DD / YYYY

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City        State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City        State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   _____
              MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City        State    ZIP Code

Contact phone  _____   Email _____

Bar number     _____

State          _____

✘ _____
Signature of attorney

Date signed    _____
               MM / DD / YYYY

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| **KIRWAN OFFICES S.À R.L.,** | Case No. 16-[_____] (RDD) |
| **Debtor.** | |

**CORPORATE OWNERSHIP STATEMENT OF**
**MASCINI HOLDINGS LIMITED**

In accordance with Rule 1010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), which incorporates the disclosure required under Rule 7007.1 of the Bankruptcy Rules, Mascini Holdings Limited (the "Petitioning Creditor"), hereby states that Araza Holdings Ltd. and Jervis Properties Inc. each own more than 10% of the outstanding shares of the Petitioning Creditor.

In accordance with 28 U.S.C. § 1746, the undersigned hereby declares under penalty of perjury under the laws of the United States that they have reviewed the foregoing and that it is true and correct to the best of their information and belief.

Dated: March 15, 2016

MASCINI HOLDINGS LIMITED

By: */s/ Emile du Toit*
Name: Emile du Toit
Title: Authorized Signatory

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| **KIRWAN OFFICES S.À R.L.,** | Case No. 16-[_____] (RDD) |
| Debtor. | |

**CORPORATE OWNERSHIP STATEMENT OF**
**LAPIDEM LIMITED**

In accordance with Rule 1010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), which incorporates the disclosure required under Rule 7007.1 of the Bankruptcy Rules, Lapidem Limited (the "Petitioning Creditor"), hereby states that VR Global Partners L.P. and HBK Master Fund L.P. each own more than 10% of the outstanding shares of the Petitioning Creditor.

In accordance with 28 U.S.C. § 1746, the undersigned hereby declares under penalty of perjury under the laws of the United States that they have reviewed the foregoing and that it is true and correct to the best of their information and belief.

Dated: March 15, 2016

LAPIDEM LIMITED

By: */s/ Jeffrey Johnson*
Name: Jeffrey Johnson
Title: Authorized Signatory