**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 16-22321 (RDD) |
| KIRWAN OFFICES S.A.R.L. | |
| Debtor. | |

-----------------------------------------------------------X

## NOTICE OF WITHDRAWAL

I hereby notify you of my intention to request leave of the Court to withdraw from the case as counsel for Stephen P. Lynch, who has terminated my engagement. I will request an order granting leave to withdraw if no objection is made by July 13, 2016.

/s/
Daniel Rothstein
747 Third Avenue, 32nd Floor
New York, NY 10017
(212) 207-8700

July 6, 2016

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 16-22321 (RDD) |
| KIRWAN OFFICES S.A.R.L. | |
| Debtor. | |

-----------------------------------------------------------X

## AFFIRMATION OF SERVICE

I hereby affirm that on July 6, 2016, I served the attached Notice of Withdrawal by e-mail, and

with their consent, upon counsel for the Petitioning Creditors and for Stephen P. Lynch.

                                                                      /s/
                                               Daniel Rothstein
                                               747 Third Avenue, 32nd Floor
                                               New York, NY 10017
                                               (212) 207-8700

July 6, 2016