SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jay M. Goffman
Mark A. McDermott
Raquelle L. Kaye
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

*Counsel to Lapidem Ltd.
and Mascini Holdings Limited*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| KIRWAN OFFICES S.À R.L., | : | Case No. 16-22321 (RDD) |
| | : | |
| Debtor. | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, Raquelle L. Kaye, an attorney with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, hereby certify that on April 13, 2017, I caused the following documents to be served via the method set forth on the notice parties service list attached hereto as Exhibit A.

- Ex Parte Motion to File Under Seal Ex Parte Motion For Leave Under Bankruptcy Code Sections 105(a) And 107(b) And Bankruptcy Rule 9018 To Redact And File Under Seal An Objection By The Plan Proponents (Docket No. 161)

- Response Of Plan Proponents, Lapidem And Mascini, To The Supplemental Objection Of Stephen Lynch To The Motion Of Lapidem Limited And Mascini Holdings Limited To Enforce Plan Injunction And Exculpation Provisions Against Stephen Lynch (Dkt. 162)

- Objection Of Plan Proponents, Lapidem And Mascini, To The Motion Of Stephen Lynch For (1) Relief From The Confirmation Order Or, Alternatively, For New Trial Or, Alternatively, For Alteration Or Amendment Of The Confirmation Order; And (2) Stay Of The Enforcement Of The Confirmation Order Pending Determination Of The Motion (Docket No. 163)

- Declaration Of Mark McDermott In Support Of The Objection Of Plan Proponents, Lapidem And Mascini, To The Motion Of Stephen Lynch For (1) Relief From The Confirmation Order Or, Alternatively, For New Trial Or, Alternatively, For Alteration Or Amendment Of The Confirmation Order; And (2) Stay Of The Enforcement Of The Confirmation Order Pending Determination Of The Motion (Docket No. 164)

Additionally, electronic correspondence as proof of certain e-mail service is attached hereto as <u>Exhibit B</u>.

Dated: New York, New York
April 18, 2017

                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                By: */s/ Raquelle L. Kaye*
                    Jay M. Goffman
                    Mark A. McDermott
                    Raquelle L. Kaye
                    Jason N. Kestecher
                    Four Times Square
                    New York, New York 10036-6522
                    Telephone: (212) 735-3000
                    Fax: (212) 735-2000

              *Counsel to Lapidem Ltd.*
                *and Mascini Holdings Limited*

**EXHIBIT A**

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Office of The United States Trustee | Attn: Greg M. Zipes<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | Greg.Zipes@usdoj.gov | Overnight Courier<br>Email |
| Stephen P. Lynch | Attn: Stephen P. Lynch<br>Ul. Sadovnicheskaya<br>str 1, #110, House 74<br>Moscow, Russia 115035<br>-and-<br>Attn: Stephen P. Lynch<br>Ul. Letnikovskaya #2<br>Block 3, P.O. Box #9<br>Moscow, Russia 115114 | slynch@monte-valle.sg<br>stephenplynch@yahoo.com<br>stephen.lynch.p@yandex.ru | Courier<br>Email |
| Gibson, Dunn & Crutcher LLP | Attn: Matthew K. Kelsey<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166<br>Attn: Samuel A. Newman<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Attn: Ian T. Long<br>Gibson, Dunn & Crutcher LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105 | MKelsey@gibsondunn.com<br>SNewman@gibsondunn.com<br>ILong@gibsondunn.com | Overnight Courier<br>Email |
| FDS Law | Attn: Andrei Sandakov<br>FDS Law | sandakov@fds-law.com | Courier<br>Email |

|  | 3-y Pavlovskiy pereulok, 1<br>Stroyenie 57, Suite 227<br>Moscow, Russia 115093 |  |  |
|---|---|---|---|
| Sandakov & Partners LLP | Attn: Andrey Sandakov<br>Sandakov & Partners LLP<br>3 Lombardes Close<br>Orpington BR6 7QB<br>United Kingdom | sandakov@fds-law.com | Courier<br>Email |

2

**EXHIBIT B**

| | |
|---|---|
| **From:** | Negron, Megan (NYC) |
| **Sent:** | Thursday, April 13, 2017 5:15 PM |
| **To:** | 'slynch@monte-valle.sg'; 'stephenplynch@yahoo.com'; 'stephen.lynch.p@yandex.ru'; 'sandakov@fds-law.com' |
| **Cc:** | McDermott, Mark A (NYC); Gal, Daniel (LON); Kaye, Raquelle L (NYC); Kestecher, Jason N (NYC) |
| **Subject:** | In re Kirwan Offices S.a r.l. (Case No. 16-22321) - Service of Reply Documents |
| **Attachments:** | Dkt. 164 McDermott_Declaration (UNREDACTED).pdf; Dkt. 162 Response to Lynch Supp Objection (UNREDACTED).pdf; Dkt. 163 Objection to Lynch Motion (UNREDACTED).pdf; Dkt. 161 Motion to Seal.pdf |

All,

Please find attached the below documents, filed in the above-captioned case.

- *Ex Parte Motion For Leave Under Bankruptcy Code Sections 105(a) And 107(b) And Bankruptcy Rule 9018 To Redact And File Under Seal An Objection By The Plan Proponents* (Dkt. 161)

- *Response Of Plan Proponents, Lapidem And Mascini, To The Supplemental Objection Of Stephen Lynch To The Motion Of Lapidem Limited And Mascini Holdings Limited To Enforce Plan Injunction And Exculpation Provisions Against Stephen Lynch* (Dkt. 162)

- *Objection Of Plan Proponents, Lapidem And Mascini, To The Motion Of Stephen Lynch For (1) Relief From The Confirmation Order Or, Alternatively, For New Trial Or, Alternatively, For Alteration Or Amendment Of The Confirmation Order; And (2) Stay Of The Enforcement Of The Confirmation Order Pending Determination Of The Motion* (Dkt. 163)

- *Declaration Of Mark McDermott In Support Of The Objection Of Plan Proponents, Lapidem And Mascini, To The Motion Of Stephen Lynch For (1) Relief From The Confirmation Order Or, Alternatively, For New Trial Or, Alternatively, For Alteration Or Amendment Of The Confirmation Order; And (2) Stay Of The Enforcement Of The Confirmation Order Pending Determination Of The Motion* (Dkt. 164)

Regards,

**Megan Negron**
Legal Practice Assistant
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square | New York | 10036-6522
T: 212.735.5104 | F: 212.735.2000
megan.negron@skadden.com

1