Stephen Lynch
pro se
Ul. Letnikovskaya #2, Str 3,
P.O. Box #9, Moscow, 115114, Russia

Acting pro se

FILED
U.S. BANKRUPTCY COURT
2017 MAY 16  P 5: 24
S.D. OF N.Y.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>KIRWAN OFFICES S.à.R.L.,<br><br>Debtor. | Chapter 11<br><br>Case No. 16-22321(RDD) |

## CERTIFICATE OF SERVICE

I, Stephen P. Lynch, acting Pro se before this Court, hereby certify under penalty of perjury under the laws of the United States of America that on May 11, 2017, I caused the Statement of Issues and Designation of Items to be Included on Appeal of the March 21, 2017 Order and the Statement of Issues and Designation of Items to be Included on Appeal of the April 17, 2017 Order (together "**Statement of Issues**"), ECF No. 175 and ECF No. 176, to be delivered to the Clerk of the Court and I confirmed their receipt. On May 11, 2107, I caused the Statement of Issues to be served via overnight mail and email upon the parties listed on the attached Exhibit A and regular mail upon the parties listed on the attached Exhibit B (and where noted email).

Dated: Moscow, Russia
         May 11, 2017

By: _____
         Stephen P. Lynch
         Pro se

1

2

**Exhibit A**

Skadden, Arps, Meagher & Flom LLP
Jay M. Goffman
Mark A. McDermott
Four Times Square
New York, New York 10036

jay.goffman@skadden.com
mark.mcdermott@skadden.com
jonathan.frank@skadden.com
daniel.gal@skadden.com

**Exhibit B**

Greg Zipes
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Andrew Calamari
U.S. Securities and Exchange Commission
New York Regional Office
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Robert H. Pees                                              rpees@akingump.com
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

Rishi Bhandari
Mandel Bhandari LLP
80 Pine Street
33rd Floor
New York, NY 10005

Kirwan Offices S.à r.l.
11-13 Boulevard de la
Foire    Luxembourg,
Luxembourg L-1528