SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jay M. Goffman
Mark A. McDermott
Jason N. Kestecher
Four Times Square
New York, New York 10036
(212) 735-3000

*Counsel to Reorganized Debtor*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| KIRWAN OFFICES S.À R.L., | Case No. 16-22321 (RDD) |
| Reorganized Debtor. | |

**AFFIDAVIT OF SERVICE**

I, Andrea Bates, am a legal specialist employed by the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, over the age of twenty-one years and not a party to the above-captioned action.

On January 8, 2020, I caused the following document to be served by First Class Mail upon the service list attached hereto as **Exhibit A**:

*Post Confirmation Quarterly Operating Report for the Period From October 1, 2019 through December 31, 2019* [Docket No. 199].

Dated: January 14, 2020

_____
Andrea Bates

Sworn to before me this ____ day of January, 2020

_____
Notary Public

RICHARD GOMEZ
Notary Public-State of New York
No. 01GO6201183
Qualified in Queens County
Certificate Filed in New York County
Commission Expires 03/09/2021

Stephen P. Lynch
Ul. Sadovnicheskaya
str 1, #110, House 74
Moscow, Russia 115035

Matthew K. Kelsey
Samuel A. Newman
Ian T. Long
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193

Marielle Koppenol-Laforce
Houthoff Buruma
Weena 355
3013 AL Rotterdam
The Netherlands

Jeroen Ouwehand
Clifford Chance LLP
Droogbak 1A
P.O. Box 251 1000 AG Amsterdam
The Netherlands

Dmitry Lovyrev
Attn: Alena Shubina
Monastyrsky, Zyuba, Stepanov & Partners
3/1 Novinsky Boulevard
Moscow, Russia 121099

Andrei Sandakov
FDS Law
3-y Pavlovskiy pereulok, 1
Stroyenie 57, Suite 227
Moscow, Russia 115093

President or General Counsel
The Michel Shaked Group
2 Park Plaza, Suite 500
Boston, MA 02116

The Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140

Stephen P. Lynch
Bureau Korporativnykh Konsultacij (BKK)
Kutuzovski Prospect, #26, Str.3
Moscow, 121165
Russia

Greg M. Zipes
Office of The United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Andrew Calamari
U.S. Securities and Exchange Commission
New York Regional Office
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Robert H. Pees
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

Rishi Bhandari
Mandel Bhandari LLP
80 Pine Street 33rd Floor
New York, NY 10005

Kirwan Offices S.à r.l.
11-13 Boulevard de la Foire Luxembourg
Luxembourg L-1528

Amicorp Luxembourg S.A.
11-13 Boulevard de la Foire
Luxembourg, Luxembourg L-1528