## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

Chapter 11

In re:                                                            Case No. 16-22321-RDD
Kirwan Offices S.à r.l.,
        Reorganized Debtor

### POST CONFIRMATION QUARTERLY OPERATING REPORT
### FOR THE PERIOD FROM JANUARY 1, 2020 THROUGH JANUARY 31, 2020

REORGANIZED
DEBTOR'S ADDRESS:              Kirwan Offices S.à r.l.
                               11-13 Boulevard de la Foire
                               L-1528 Luxembourg


REORGANIZED
DEBTOR'S ATTORNEYS:            Skadden, Arps, Slate, Meagher & Flom LLP
                               4 Times Square
                               New York, New York 10036


DISBURSEMENTS (IN THOUSANDS):                    $  See Page 3
FOR THE PERIOD ENDED JANUARY 31, 2020


REPORT PREPARER:        Kirwan Offices S.à r.l.

The undersigned, having reviewed the attached report and being familiar with the Reorganized
Debtor's financial affairs, verifies under penalty of perjury, that the information contained herein
is complete, accurate, and truthful to the best of my knowledge.



_____
Emile du Toit
Director

## BACKGROUND

On March 15, 2016, an involuntary petition was filed against Kirwan Offices S.à r.l. (the "Debtor") under Chapter 11 of the United States Bankruptcy Code (the "Chapter 11 Case"), in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The Bankruptcy Court entered an order for relief on July 5, 2016. The Debtor's plan of reorganization (the "Plan") was confirmed by the Bankruptcy Court on March 21, 2017. The effective date of the Plan occurred on March 28, 2017, and, as a result, the Plan has been substantially consummated.

This Post Confirmation Operating Report covers the period between January 1, 2020 through and including January 31, 2020 (the "QOR"). The QOR is unaudited, is limited in scope, covers a limited time period, and has been prepared solely for complying with the post-confirmation quarterly reporting requirements for Chapter 11 debtors as required by the Office of the United States Trustee for the Southern District of New York and the Bankruptcy Court. This QOR is not intended to be relied upon as a complete description of the Debtor, its business, results of operations, prospects, assets or liabilities. This QOR does not include all the information and footnotes required by generally accepted accounting principles for complete financial statements. Therefore, there can be no assurance that any consolidated financial information presented herein is complete and readers are strongly cautioned not to place undue reliance on this QOR.

Notwithstanding any indications of value that may be contained in the Plan or this QOR, no assurance can be given as to the ultimate value that may be ascribed to the Debtor's various prepetition liabilities and other securities. The Debtor cannot predict what the ultimate value of any of its or the other Debtor's securities may be.

The Debtor reserves the right to amend this QOR from time to time as may be necessary or appropriate.

## Schedule of Cash Disbursements

*Kirwan Offices S.à r.l.* (Case No. 16-22321)

| Applicable Period | Quarterly Disbursements[1] | Quarterly Fees Owed |
|---|---|---|
| January 1, 2020 – January 31, 2020 | $653,505.64 | $4,875.00 |
| **Total Fees Owed** | | **$4,875.00** |

---

[1]    Amounts in non-U.S. currencies have been converted to USD using the exchange rate as of the last day of the applicable period.