SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jay M. Goffman
Mark A. McDermott
Jason N. Kestecher
Four Times Square
New York, New York 10036
(212) 735-3000

*Counsel to Reorganized Debtor*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| KIRWAN OFFICES S.À R.L., | : | Case No. 16-22321 (RDD) |
| | : | |
| Reorganized Debtor. | : | |
| | : | |

### AFFIDAVIT OF SERVICE

I, Andrea Bates, am a legal specialist employed by the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, over the age of twenty-one years and not a party to the above-captioned action.

On February 4, 2020, I caused the following document to be served by First Class Mail upon the service list attached hereto as **Exhibit A**:

*Post Confirmation Quarterly Operating Report for the Period From January 1, 2020 Through January 31, 2020* [Docket No. 204].

Dated: February 4, 2020

_____
Andrea Bates

Sworn to before me this 4th day of February, 2020

_____
Notary Public

RICHARD GOMEZ
Notary Public-State of New York
No. 01GO6201183
Qualified in Queens County
Certificate Filed in New York County
Commission Expires 03/09/2021

1267377-NYCSR01A - MSW

| | |
|---|---|
| President or General Counsel<br>The Michel Shaked Group<br>2 Park Plaza, Suite 500<br>Boston, MA 02116 | Greg M. Zipes<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 |
| Andrew Calamari<br>U.S. Securities and Exchange Commission<br>New York Regional Office<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York, NY 10281 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Robert H. Pees<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036 | Rishi Bhandari<br>Mandel Bhandari LLP<br>80 Pine Street 33rd Floor<br>New York, NY 10005 |
| Andrei Sandakov<br>FDS Law<br>3-y Pavlovskiy pereulok, 1<br>Stroyenie 57, Suite 227<br>Moscow, Russia 115093 | Amicorp Luxembourg S.A.<br>11-13 Boulevard de la Foire<br>Luxembourg, Luxembourg L-1528 |

| | |
|---|---|
| Stephen P. Lynch<br>Ul. Sadovnicheskaya<br>str 1, #110, House 74<br>Moscow, Russia 115035 | Matthew K. Kelsey<br>Samuel A. Newman<br>Ian T. Long<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166-0193 |
| Marielle Koppenol-Laforce<br>Houthoff Buruma<br>Weena 355<br>3013 AL Rotterdam<br>The Netherlands | Jeroen Ouwehand<br>Clifford Chance LLP<br>Droogbak 1A<br>P.O. Box 251 1000 AG Amsterdam<br>The Netherlands |
| Dmitry Lovyrev<br>Attn: Alena Shubina<br>Monastyrsky, Zyuba, Stepanov & Partners<br>3/1 Novinsky Boulevard<br>Moscow, Russia 121099 | The Honorable Robert D. Drain<br>United States Bankruptcy Court<br>Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10601-4140 |